UNITED STATES BANRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

PENN-MONT BENEFIT
SERVICES, INC.

　　　　Proposed Debtor.

Case No. 3:13-bk-05986

Chapter 11

**PENN-MONT BENEFIT SERVICES, INC. *CONSENT* TO ENTRY OF
THE ORDER FOR RELIEF**

Penn-Mont Benefit Services, Inc., the proposed debtor in this involuntary chapter 11 bankruptcy case (the "Debtor"), pursuant to 11 U.S.C. § 303(h)(2), hereby files its consent to the entry of the order for relief in this case, and submits:

1.　　On September 17, 2013, the United States District Court for the Eastern District of Pennsylvania entered an order (the "Order") appointing a custodian having control and possession of the Debtor's affiliates, namely The Single Employer Welfare Benefit Plan Trust ("SEWBPT") and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust ("REAL VEBA Trust"). A true and correct copy of the Order is attached as Exhibit A.

2.　　SEWBPT and REAL VEBA Trust are also subject to an involuntary petition pursuant to 11 U.S.C. § 303. Pursuant to 11 U.S.C. § 303(h)(2), a custodian has been appointed and has taken possession of assets subject to claims of the Debtor's creditors, including SEWBPT and REAL VEBA Trust, the purpose of such custodian is not to enforce a lien against such property.

**WHEREFORE**, the Debtor consents to an order for relief being entered in this case.

Respectfully submitted on October 1, 2013.

By: _____
John J. Koresko
*Sole Director and shareholder of the Debtor, a corporation*

# Exhibit A

B5 (Official Form 5) (12/07)     FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Middle District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Penn-Mont Benefit Services, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>23-2672080 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**200 W. 4th Street**<br>**Bridgeport, PA 19405**<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Montgomery** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ■ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Business Trust** | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>■ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br>■ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Penn Public Trust** | Case Number<br>**Unknown** | Date<br>**October 1, 2013** |
|---|---|---|
| Relationship<br>**Affiliate** | District<br>**Middle District of Florida, Jacksonville Division** | Judge<br>**Unknown** |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ■ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Penn-Mont Benefit Services, Inc.__
Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ M.W.G._____
Signature of Petitioner or Representative (State title)

__Michael W. Graham__          October 1, 2013
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  October 1, 2013
Signature of Attorney         Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X _____
Signature of Petitioner or Representative (State title)

__John D. Braddock__           October 1, 2013
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  October 1, 2013
Signature of Attorney         Date

Name of Attorney Firm (If any)

Address
Telephone No._____

X _____
Signature of Petitioner or Representative (State title)

__Truman Gailey__              October 1, 2013
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____  October 1, 2013
Signature of Attorney         Date

Name of Attorney Firm (If any)

Address
Telephone No._____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael W. Graham<br>721 Sandringham Drive<br>Jacksonville, FL 32225 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| John D. Braddock<br>121 32nd Avenue South<br>Jacksonville Beach, FL 32250 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| Truman Gailey<br>936 John Anderson Drive<br>Ormond Beach, FL 32176 | Beneficiary, reimbursement, contribution, cash value | 500,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,330,000.00 |

2   continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

Name of Debtor __Penn-Mont Benefit Services, Inc.__

Case No. ____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Michael W. Graham       October 1, 2013
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____(signed)_____
Signature of Petitioner or Representative (State title)

John D. Braddock        October 1, 2013
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Petitioner or Representative (State title)

Truman Galley           October 1, 2013
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____   October 1, 2013
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____   October 1, 2013
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____   October 1, 2013
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael W. Graham<br>721 Sandringham Drive<br>Jacksonville, FL 32225 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| John D. Braddock<br>121 32nd Avenue South<br>Jacksonville Beach, FL 32250 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| Truman Galley<br>936 John Anderson Drive<br>Ormond Beach, FL 32176 | Beneficiary, reimbursement, contribution, cash value | 500,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,330,000.00 |

_2_ continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Name of Debtor __Penn-Mont Benefit Services, Inc.__

B5 (Official Form 5) (12/07) - Page 2          Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

__Michael W. Graham__        __October 1, 2013__
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ October 1, 2013
Signature of Attorney                 Date

Name of Attorney Firm (If any)

Address
Telephone No. _____


X _____
Signature of Petitioner or Representative (State title)

__John D. Braddock__        __October 1, 2013__
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ October 1, 2013
Signature of Attorney                 Date

Name of Attorney Firm (If any)

Address
Telephone No. _____


X _____/s/ Gailey_____
Signature of Petitioner or Representative (State title)

__Truman Gailey__           __October 1, 2013__
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ October 1, 2013
Signature of Attorney                 Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael W. Graham<br>721 Sandringham Drive<br>Jacksonville, FL 32225 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| John D. Braddock<br>121 32nd Avenue South<br>Jacksonville Beach, FL 32250 | Beneficiary, reimbursement, contribution, cash value | 350,000.00 |
| Truman Gailey<br>936 John Anderson Drive<br>Ormond Beach, FL 32176 | Beneficiary, reimbursement, contribution, cash value | 500,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditors information in the format above. | | Total Amount of Petitioners' Claims<br>1,330,000.00 |

2   continuation sheets attached

Name of Debtor __Penn-Mont Benefit Services, Inc.__

B5 (Official Form 5) (12/07) - Page 2      Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ 
Signature of Petitioner or Representative (State title)

__Jim Malone__                      October 1, 2013
Name of Petitioner                  Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____         October 1, 2013
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____         Date
Signature of Attorney

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____         Date
Signature of Attorney

Name of Attorney Firm (If any)

Address
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jim Malone | Beneficiary, reimbursement, contribution, cash value | 130,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  1,330,000.00 |

__1__ of __2__ continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

Name of Debtor __Penn-Mont Benefit Services, Inc.__
Case No._____
(Court use only)

FORM 5 Involuntary Petition

| PENDING BANKRUPTCY CASE(S) FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Continuation Sheet) |||
|---|---|---|
| Name of Debtor<br>REAL VERBA Trust | Case Number<br>Unknown | Date<br>October 1, 2013 |
| Relationship<br>Affiliate | District<br>Middle District of Florida, Jacksonville Division | Judge<br>Unknown |
| Name of Debtor<br>Single Employer Welfare Benefit Plan Trust | Case Number<br>Unknown | Date<br>October 1, 2013 |
| Relationship<br>Affiliate | District<br>Middle District of Florida | Judge<br>Unknown |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

_2_ of _2_ continuation sheets attached